UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-CV-00102-BO

| | |
|---|---|
| DRUSSCILLA M. WILLIAMS, <br> Plaintiff, <br> <br> v. <br> <br> POLK CORRECTIONAL INSTITUTION, <br> Defendants. | ) <br> ) <br> ) <br> ) **ORDER** <br> ) <br> ) <br> ) <br> ) |

This matter is before the Court on Plaintiff's motion of April 12, 2011 denominated as a "Motion to Dismiss" [DE 7]. Notwithstanding the label Plaintiff has attached to it, her April 12 motion is a voluntary dismissal of this action, as is demonstrated by Plaintiff's statements that she wants to dismiss her claims and her admission that there is no evidence to support the allegations underlying her action.

For good cause shown, the Court ALLOWS the Plaintiff's voluntary dismissal [DE 7]. Plaintiff's Complaint is hereby DISMISSED. The Clerk is DIRECTED to close this case.

IT IS SO ORDERED, this ___ day of May, 2011.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE